# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| STEVEN K. GEORGE & STEPHANIE GEORGE<br>Plaintiffs Pro Se<br>*Plaintiff*<br>v.<br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE;  et al (see attached)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>2:15-cv-01254-RFB-GWF |



FILED ENTERED _____ RECEIVED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Mortgage Electronic Registration Systems
> P. O. Box 2026 Flint, Michigan 48501-2026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> STEVEN K. GEORGE & STEPHANIE GEORGE - PLAINTIFFS PRO SE
> 731 AUTUMN MOON DR.
> LAS VEGAS, NV 89123-0713
> Tel. (702) 497-8661
> George.AutumnMoon@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7-2-15

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mortgage Electronic Registration Systems
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada



| | |
|---|---|
| STEVEN K. GEORGE & STEPHANIE GEORGE<br>Plaintiffs Pro Se<br>*Plaintiff*<br>v.<br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE; et al (see attached)<br>*Defendant* | 2:15-cv-01254-RFB-GWF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Specialty Underwriting and Residential Finance Trust, Series 2006-AB2
    c/o U.S. Bank National Association as Trustee
    60 Livingston Avenue
    St. Paul, Minnesota 55107-2292

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    STEVEN K. GEORGE & STEPHANIE GEORGE - PLAINTIFFS PRO SE
    731 AUTUMN MOON DR.
    LAS VEGAS, NV 89123-0713
    Tel. (702) 497-8661
    George.AutumnMoon@outlook.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __7-2-15__   _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Specialty Underwriting & Res. Fin. Trust, Series 2006-AB2
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| STEVEN K. GEORGE & STEPHANIE GEORGE<br>Plaintiffs Pro Se<br>*Plaintiff*<br>v.<br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE; et al (see attached)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |



2:15-cv-01254-RFB-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    U.S. Bank National Association as Trustee for:
    The Specialty Underwriting and Residential Finance Trust, Series 2006-AB2
    60 Livingston Avenue
    St. Paul, Minnesota 55107-2292.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        STEVEN K. GEORGE & STEPHANIE GEORGE - PLAINTIFFS PRO SE
        731 AUTUMN MOON DR.
        LAS VEGAS, NV 89123-0713
        Tel. (702) 497-8661
        George.AutumnMoon@outlook.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                   CLERK OF COURT

Date:   7-2-15

                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Bank National Association as Trustee
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Nevada

STEVEN K. GEORGE & STEPHANIE GEORGE
Plaintiffs Pro Se

*Plaintiff*

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE; et al (see attached)

*Defendant*

2:15-cv-01254-RFB-GWF

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

JUL - 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Merrill Lynch Mortgage Investors, Inc.,
250 Vesey Street, 4 World Financial Center, 10th Floor
New York, New York 10080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEVEN K. GEORGE & STEPHANIE GEORGE - PLAINTIFFS PRO SE
731 AUTUMN MOON DR.
LAS VEGAS, NV 89123-0713
Tel. (702) 497-8661
George.AutumnMoon@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7-2-15

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrill Lynch Mortgage Investors, Inc.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                                       _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: