

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

STEVEN K. GEORGE & STEPHANIE GEORGE
Plaintiffs Pro Se
*Plaintiff*

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE;  et al (see attached)
*Defendant*

2:15-cv-01254-RFB-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Bank National Association as Trustee for:
The Specialty Underwriting and Residential Finance Trust, Series 2006-AB2
60 Livingston Avenue
St. Paul, Minnesota 55107-2292.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEVEN K. GEORGE & STEPHANIE GEORGE - PLAINTIFFS PRO SE
731 AUTUMN MOON DR.
LAS VEGAS, NV 89123-0713
Tel. (702) 497-8661
George.AutumnMoon@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 7-2-15

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Steven K George & Stephanie George,       **AFFIDAVIT OF SERVICE**

VS.       Plaintiff,       File No.

U.S. Bank National Association as Trustee, et al.,

      Defendant,

### METRO LEGAL SERVICES

Ken Piechocki, being duly sworn, on oath says:

that on October 7, 2015, at 9:46 AM he served the attached:

Summons & Complaint upon:

U.S. Bank National Association as Trustee for the Certificateholders of Specialty Underwriting and Residential Finance Trust, Series 2006-AB2, therein named, personally at:

101 East 5th Street, Saint Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Jeanne Escobedo, Agent for Legal Process, an authorized agent for said U.S. Bank National Association as Trustee for the Certificateholders of Specialty Underwriting and Residential Finance Trust, Series 2006-AB2, a true and correct copy thereof.

_____
Ken Piechocki

Subscribed and sworn to before me on

__October 8th__, 2015

DAVID HALLDORSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

*2023576 - 3*

RE: George v. US Bank, et al

```
_X_ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

        DEC  2

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| STEVEN K. GEORGE & STEPHANIE GEORGE<br>Plaintiffs Pro Se<br>*Plaintiff*<br>v.<br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE; et al (see attached)<br>*Defendant* | )<br>)<br>)<br>)<br>)   **2:15-cv-01254-RFB-GWF**<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      U.S. Bank National Association as Trustee for:
      The Specialty Underwriting and Residential Finance Trust, Series 2006-AB2
      60 Livingston Avenue
      St. Paul, Minnesota 55107-2292.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      STEVEN K. GEORGE & STEPHANIE GEORGE - PLAINTIFFS PRO SE
      731 AUTUMN MOON DR.
      LAS VEGAS, NV 89123-0713
      Tel. (702) 497-8661
      George.AutumnMoon@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7-2-15

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| Steven K George & Stephanie George,<br>VS.                    Plaintiff,<br>U.S. Bank National Association as Trustee, et al.,<br>                    Defendant, | **AFFIDAVIT OF SERVICE**<br>File No. |

### METRO LEGAL SERVICES

Ken Piechocki, being duly sworn, on oath says:

that on October 7, 2015, at 9:46 AM he served the attached:

Summons & Complaint upon:

U.S. Bank National Association as Trustee for the Certificateholders of Specialty Underwriting and Residential Finance Trust, Series 2006-AB2, therein named, personally at:

101 East 5th Street, Saint Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Jeanne Escobedo, Agent for Legal Process, an authorized agent for said U.S. Bank National Association as Trustee for the Certificateholders of Specialty Underwriting and Residential Finance Trust, Series 2006-AB2, a true and correct copy thereof.

_____
Ken Piechocki

Subscribed and sworn to before me on

____October 8th____, 2015

_____

DAVID HALLDORSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

*2023576 - 3*

RE: George v. US Bank, et al