# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Steven K. George & Stephanie George ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | CV 2:15-CV-01254-RFB-GWF |
| ) | |
| U.S. Bank National Association as Trustee; et al ) | **DEFAULT** |
| ) | |
| Defendant(s). ) | |

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 3

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __July 2, 2015__
(Original, Amended, etc)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Specialty Underwriting and Residential Finance Trust, Series 2006 Mortgage Electronic Registration Systems, U.S. Bank National Association as Trustee for: The Specialty Underwriting and Residential Finance Trust, Series 2006-AB2 and Merrill Lynch Mortgage Investors, I__ in the above-entitled action is hereby entered.

DATED: _____          LANCE S. WILSON, CLERK

By: _____
Deputy Clerk



neopost
12/01/2015
US POSTAGE

Stephanie George
731 Autumn Moon Drive
Las Vegas, NV 89123

Clerk of the Court
United States District Court
333 S. Las Vegas Blvd.
Las Vegas, NV 89101