UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN K. GEORGE and STEPHANIE GEORGE,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE SPECIALITY UNDERWRITING AND RESIDENTIAL FINANCE TRUST, SERIES 2006-ab2; *et al.*,<br><br>        Defendants. | Case No. 2:15-cv-01254-RFB-GWF<br><br>**ORDER** |

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed July 2, 2015. Defendants filed their Answer (#11) on December 11, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 16, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 3rd day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge