1  CINDY LEE STOCK, of counsel
   Nevada Bar No. 803
2  KEVIN HAHN
   Nevada Bar No. 9821
3  MALCOLM ✦ CISNEROS, a Law Corporation
   2112 Business Center Drive, 2nd Floor
4  Irvine, California  92612
   949-252-9400 Phone
5  949-252-1032 Fax
   kevin@mclaw.org Email
6
   608 South 8th Street
7  Las Vegas, NV   89101
   702-382-1399 Phone
8  702-382-0925 Fax
   CLSNV@mclaw.org Email
9
   Attorneys for Defendants,
10 Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association
   as Trustee for the Specialty Underwriting and Residential Finance Trust,
11 Series 2006-AB2; Specialty Underwriting and Residential Finance Trust,
   Series 2006-AB2; U.S. Bank National Association as Trustee for the
12 Certificate Holders of Specialty Underwriting and Residential Finance Trust,
   Series 2006-AB2; Merrill Lynch Mortgage Investors, Inc.
13

14              UNITED STATES DISTRICT COURT

15                   DISTRICT OF NEVADA

16                        * * * * *

17 STEVEN K. GEORGE and                    )
   STEPHANIE GEORGE                        )
18                                         )   Case No. 2:15-CV-01254-RFB-GWF
                Plaintiffs,                )
19                                         )
           vs.                             )
20                                         )
   U.S. BANK NATIONAL ASSOCIATION          )
21 AS TRUSTEE FOR THE SPECIALTY            )
   UNDERWRITING AND RESIDENTIAL            )
22 FINANCE TRUST, SERIES 2006-AB2;         )
   SPECIALTY UNDERWRITING AND              )
23 RESIDENTIAL FINANCE TRUST,              )
   SERIES 2006-AB2; U.S. BANK NATIONAL     )
24 ASSOCIATION AS TRUSTEE FOR THE          )
    CERTIFICATE HOLDERS OF SPECIALTY       )
25 UNDERWRITING AND RESIDENTIAL            )
   FINANCE TRUST, SERIES 2006-AB2;         )
26 MERRILL LYNCH MORTGAGE INVESTORS,       )
   INC.; MORTGAGE ELECTRONIC               )
27 REGISTRATION SYSTEMS, INC.;             )
   ROES 1-10 and DOES 1-10, inclusive, representing )
28 a class of unknown persons who claim or )

| | |
|---|---|
| 1 | have the right to claim an interest in certain )<br>real property located in Las Vegas, Nevada, ) |
| 2 | ) |
| 3 | Defendants. )<br>_____) |

## STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs, Steven K. George and Stephanie George, in proper person; and Defendants, Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association as Trustee for the Specialty Underwriting and Residential Finance Trust, Series 2006-AB2; Specialty Underwriting and Residential Finance Trust, Series 2006-AB2; U.S. Bank National Association as Trustee for the Certificate Holders of Specialty Underwriting and Residential Finance Trust, Series 2006-AB2; Merrill Lynch Mortgage Investors, Inc., by and through Cindy Lee Stock, of counsel to Malcolm ✦ Cisneros, a Law Corporation, their attorneys, that the Complaint filed herein by Plaintiffs on or about July 2, 2015 shall be dismissed with prejudice, all parties to bear their own attorney's fees and costs incurred.

Dated August 24, 2016                                    Dated August 24th, 2016

_____                          _____
STEVEN K. GEORGE                                         STEPHANIE GEORGE
731 Autumn Moon Dr.                                      731 Autumn Moon Dr.
Las Vegas, NV  89123-0713                                Las Vegas, NV  89123-0713
Plaintiff in Proper Person                               Plaintiff in Proper Person

Dated August 25th, 2016

MALCOLM✦CISNEROS, a Law Corporation

_____
CINDY LEE STOCK, of counsel
Nevada Bar No. 803
608 South 8th Street
Las Vegas, NV  89101

Attorneys for Defendants,
Mortgage Electronic Registration Systems, Inc.,
U.S. Bank National Association as Trustee for the
Specialty Underwriting and Residential Finance Trust,
Series 2006-AB2; Specialty Underwriting and Residential

Finance Trust, Series 2006-AB2; U.S. Bank National Association as Trustee for the Certificate Holders of Specialty Underwriting and Residential Finance Trust, Series 2006-AB2; Merrill Lynch Mortgage Investors, Inc.

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

**DATED**: October 4, 2016.

SUBMITTED BY:

MALCOLM✦CISNEROS

_____
CINDY LEE STOCK, of counsel
Nevada Bar No. 803
MALCOLM ✦ CISNEROS, a Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
702-382-1399 Phone
702-382-0925 Fax
courtdocs@clstock.com Email

Attorneys for Defendants,
Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association as Trustee for the Specialty Underwriting and Residential Finance Trust, Series 2006-AB2; Specialty Underwriting and Residential Finance Trust, Series 2006-AB2; U.S. Bank National Association as Trustee for the Certificate Holders of Specialty Underwriting and Residential Finance Trust, Series 2006-AB2; Merrill Lynch Mortgage Investors, Inc.